UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS GILBERTO LUYO CHAVEZ,

Petitioner,

v.

GURMEET SINGH, et al.,

Respondents.

No. 1:25-cv-01727-DAD-CSK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 1, 15)

Petitioner Luis Gilberto Luyo Chavez is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 15.) Specifically, the magistrate judge found that the applicable statutory authority for petitioner's detention is 8 U.S.C. § 1226(a) and that due process entitled petitioner to a bond hearing prior to his re-detention. (Id. at 7, 13–14.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (Id. at 15.) On February 23, 2026, respondents filed their objections to the pending findings and recommendations. (Doc. No. 16.)

1

The entirety of respondents' objections consists of the following sentence: "For the reasons set forth in Respondents' previous briefing, Respondents object to the Magistrate Judge's Findings and Recommendations (ECF 15)." (*Id*. at 1.) Respondents' arguments were already evaluated and properly rejected in the assigned magistrate judge's well-reasoned findings and recommendations. Accordingly, respondents' objections provide no basis on which to decline adopting the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on February 20, 2026 (Doc. No. 15) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner from respondents' custody on the same conditions he was subject to immediately prior to his re-detention on February 24, 2026;

   b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating that petitioner is a danger to the community or a flight risk;

4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: __**March 6, 2026**__ _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2